**NATIONAL LABOR RELATIONS BOARD, Petitioner**

v.

**AKIN PRODUCTS COMPANY, Respondent.**

No. 14773.

United States Court of Appeals Fifth Circuit.

Feb. 9, 1954.

A. Norman Somers, Asst. Gen. Counsel, N. L. R. B., David P. Findling, Assoc. Gen. Counsel, N. L. R. B., Arnold Ordman, N. L. R. B., Washington, D. C., George J. Bott, General Counsel, Irving M. Herman, Washington, D. C., Edmond F. Rovner, New York City, Attorneys, National Labor Relations Board, for petitioner.

Scott Toothaker, McAllen, Tex., for respondent.

Before BORAH and RUSSELL, Circuit Judges, and DAWKINS, District Judge.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition for enforcement and declaration of respondent's counsel filed with the Clerk that he would neither brief nor argue the case inasmuch as his client had decided to comply with the Board's order.

**UNITED STATES of America ex rel. Sebastiano CEFALU, Relator-Appellant, v. Edward J. SHAUGHNESSY, District Director of Immigration and Naturalization for the District of New York, Respondent-Appellee.**

No. 196, Docket 22985.

United States Court of Appeals Second Circuit.

Argued Feb. 3, 1954.

Decided Feb. 15, 1954.

Lionel Golub, New York City (Benjamin Kronenberg, New York City, on the brief), for relator-appellant.

Harold J. Raby, Asst. U. S. Atty., New York City (J. Edward Lumbard, U. S. Atty., New York City, and Lester Friedman, Atty., Immigration and Naturalization Service, on the brief), for respondent-appellee.

Before CLARK, FRANK and HINCKS, Circuit Judges.

PER CURIAM.

Affirmed on the opinion of District Judge Kaufman below, 117 F.Supp. 473.